DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

8 JUNE 2017

| 376P02-6 | State v. Robert Wayne Stanley | 1. State's Motion for Temporary Stay (COA16-436) | 1. Allowed **11/17/2016** Dissolved **06/08/2017** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | 4. Def's Motion to Vacate the Temporary Stay | 4. Dismissed as moot |
| | | 5. Def's Motion to Dismiss State's PDR | 5. Dismissed as moot |
| | | | **Ervin, J., recused** |
| 393P08-2 | State v. Dewayne Parker | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **05/17/2017** |
| 393P08-3 | State v. Dewayne Parker | Def's *Pro Se* Motion for Writ for *En Banc* | Denied **06/01/2017** |
| 427A16 | Abrons Family Practice & Urgent Care, P.A., et al. v. N.C. Department of Health and Human Services and Computer Sciences Corporation | Def's (Computer Sciences Corporation) Motion to Withdraw Van H. Beckwith, Bryant C. Boren, and the Firm of Baker Botts, LLP as Counsel | Allowed **05/17/2017** |
| 461P16 | Bolier & Company, LLC and Christian G. Plasman v. Decca Furniture (USA), Inc., Decca Contract Furniture, LLC, Richard Herbst, Wai Theng Tin, Tsang C. Hung, Decca Furniture, Ltd., Decca Hospitality Furnishings, LLC, Dongguan Decca Furniture Co., Ltd., Darren Hudgins and Decca Home v. Christian J. Plasman a/k/a Barrett Plasman, Third-Party Defendant | Plt's (Christian G. Plasman) and Third-Party Defendant's PDR Under N.C.G.S. § 7A-31 (COA15-1219) | Denied |
| 514PA11-2 | State v. Harry Sharod James | Motion to Admit Marsha L. Levick *Pro Hac Vice* | Allowed **05/19/2017** |